**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Stephanie Owens,<br><br>Plaintiff,<br>v.<br><br>United Credit Service Inc.<br><br>Defendant. | Case No.: 19-cv-372<br><br><br>**COMPLAINT** |

## PRELIMINARY STATEMENT

1. This lawsuit arises from debt collection actions of Defendant United Credit Service, Inc.

2. Causes of Action herein are brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

## JURISDICTION

3. Jurisdiction of this Court arises out of events emanating from this District and this Court has jurisdiction pursuant to 15 U.S.C. § 1692 and 28 U.S.C § 1331.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because the conduct at issue occurred in this District, Plaintiff resides in this District, and Defendant conducts business in this district.

## PARTIES

5. Plaintiff Stephanie Owens (hereinafter "Ms. Owens") is a natural person who resides in Iowa County, State of Wisconsin, and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6. Defendant United Credit Service Inc. ("Defendant United Credit") is a domestic business with a principal office of 15 N. Lincoln Street, Elkhorn, WI 53121, and a registered agent of Peter B King, N1723 Maple Ridge Rd., Lake Geneva, WI 53147.

7. The principal purpose of Defendant United Credit's business is the collection of debts allegedly owed to third parties.

8. Defendant United Credit regularly collects, or attempts to collect, debts allegedly owed to third parties.

9. Defendant United Credit was hired to collect an alleged debt from Ms. Owens.

10. At all relevant times, Defendant United Credit acted through its duly authorized agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

11. Defendant United Credit is a "debt collector" pursuant to 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS AS TO PLAINTIFF

12. Ms. Owens incurred a consumer debt as that term is defined at 15 U.S.C. § 1692a(5) for a medical bill.

13. In an attempt to collect that medical bill, Defendant United Credit sent Ms. Owens a collection letter dated February 19, 2019.

14. This letter states, "CIRCUMSTANCES REGARDING YOUR EXISTING DEBT MAKE IT URGENT THAT YOU CALL THIS OFFICE IMMEDIATELY."

15. The representation that there were circumstances regarding the debt that required an immediate call was false and deceptive.

16. Defendant United Credit was attempting to create the false illusion of an urgent situation.

## TRIAL BY JURY

17. Plaintiff is entitled to and hereby demands a trial by jury. U.S. Const. Amend. 7; Fed. R. Civ. Pro. 38.

## CAUSES OF ACTION

### COUNT I.
### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT

18. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

19. The foregoing acts and omissions of Defendant United Credit constitute numerous and multiple violations of the FDCPA, including but not limited to 15 U.S.C. §§ 1692e and 1692e(10).

20. As a result of Defendant United Credit's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3).

**WHEREFORE**, Plaintiff respectfully prays that relief be granted as follows:

A. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);
B. Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A);
C. Costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3);
D. Such other and further relief as may be just and proper.

Dated this 9th day of May, 2019.

Respectfully submitted,

By: s/ Heidi N. Miller

Heidi N. Miller (WI # 1087696)
HNM Law, LLC
PO Box 26273
Wauwatosa, WI 53226
(414) 306-7000
Heidi@hnm-law.com

Zeshan Usman (WI #1069404)
USMAN LAW FIRM, LLC
525 Junction Rd., Ste. 8520N
Madison, WI 53717
(608) 829-1112
E: Z@UsmanLaw.com

*ATTORNEYS FOR PLAINTIFF*

# VERIFICATION OF COMPLAINT AND CERTIFICATION

Pursuant to 28 U.S.C. § 1746, I, Stephanie Owens, declare under penalty of perjury the following:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

Stephanie Owens