IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHANIE OWENS,

    Plaintiff,

v.

                                                  Case No.  19-cv-372-wmc

UNITED CREDIT SERVICE, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant United Credit Service, Inc. against plaintiff Stephanie Owens dismissing this case.

    s/V. Olmo, Deputy Clerk                      5/29/2020
    Peter Oppeneer, Clerk of Court                Date